

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00221-CV

Comfort **ROBERTS**,
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES LLC** dba River City Care Center & Steve Robinson,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellees have filed a Motion for Sanctions raising several allegations about appellant's conduct in this appeal. Appellant, Mr. Comfort Roberts who is representing himself pro se, responded denying the allegations.

Appellees' Motion for Sanctions is DENIED. However, Mr. Roberts is cautioned that although he is acting pro se in this appeal, this court expects him to follow the Texas Rules of Appellate Procedure, including, but not limited to, Rule 9 ("Documents Generally"), Rule 10 ("Motions in Appellate Courts"), and Rule 38 ("Requisites of Briefs"). Failure to comply with the Rules of Appellate Procedure may result in a pleading being stricken or this appeal being dismissed. *See* TEX. R. APP. P. 38.9, 42.3(c).

Mr. Roberts is reminded that his appellate brief is due <u>no later than August 28, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court